■ HELENA MONROE, Appellant-Respondent, v LLOYD T. MONROE, Respondent-Appellant.—In an action for divorce, in which the defendant husband counterclaimed for divorce, (1) plaintiff appeals from a judgment of the Supreme Court, Putnam County, dated August 12, 1975, which, after a nonjury trial, dismissed the complaint and granted the defendant a divorce on the ground of plaintiff's cruel and inhuman treatment and (2) defendant cross-appeals from so much of the said judgment as failed to cancel certain arrears pursuant to a *pendente lite* support order. Judgment affirmed, without costs or disbursements. The judgment was amply supported by the evidence. No liability for the payment of arrears of *pendente lite* support payments is fixed therein, or in any other order. Hopkins, Acting P. J., Martuscello, Latham and Damiani, JJ., concur.